| DOCUMENTS UNDER SEAL ☐ | | | | DOCUMENT NUMBER: | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Corinne Lew | | | REPORTER/FTR FTR: 1:19 - 1:24 | | |
| MAGISTRATE JUDGE Patricia V. Trumbull | | DATE 6/25/07 | | NEW CASE ☐ | CASE NUMBER CR 06-70791 HRL | | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT Carlos Escobar | | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT C. Lie | | PD. ☒  RET. ☐ APPT. ☐ |
| U.S. ATTORNEY J. Fazioli | | INTERPRETER No | | | ☒ FIN. AFFT SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER L. Weigel | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |
| **PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD   TYPE NH IN TIME FIELD)** | | | | | | | |
| ☐ INITIAL APPEAR time | ☐ PRELIM HRG time | | ☐ MOTION time | | ☐ JUGM'T & SENTG time | | ☐ STATUS time |
| ☐ I.D. COUNSEL time | ☐ ARRAIGNMENT time | | ☐ BOND SIGNING time | | ☐ IA REV PROB. or S/R time | | ☐ BAIL REVIEW time |
| ☒ DETENTION HRG time 5 min. | ☐ ID/REMOVAL HRG time | | ☐ CHANGE PLEA time | | ☐ PROB. REVOC. time | | ☐ SUP REL HRG time |
| **INITIAL APPEARANCE** | | | | | | | |
| ☐ ADVISED OF RIGHTS | | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH  $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | | ☐ NOT GUILTY | | ☐ GUILTY | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO: 7/12/07 | ☐ I.D. COUNSEL | | ☐ BOND SIGNING | | ☐ STATUS RE: CONSENT | | ☐ STATUS/TRIAL SET |
| AT: 9:30 am | ☐ SUBMIT FINAN. AFFIDAVIT | | ☒ PRELIMINARY HEARING OR | | ☐ CHANGE OF PLEA | | ☐ BAIL REVIEW |
| BEFORE HON. Richard Seeborg | ☐ DETENTION HEARING | | ARRAIGN-MENT | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY/ REMOVAL | | ☐ PRETRIAL CONFERENCE | | ☐ PROBATION REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |
| cc: MPB | | | | | | | |