AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

V.

Carlos Escobar

WAIVER OF INDICTMENT

CASE NUMBER: 07-00437 JF

I, __Carlos Escobar__, the above named defendant, who is accused of

__8 USC 1326__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 12, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

JUL 1 2 2007

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_Carlos Escobar_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer