1 | BARRY J. PORTMAN
Federal Public Defender
2 | CYNTHIA C. LIE
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00437 JF |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| vs. | ) ) | |
| CARLOS ESCOBAR, | ) ) | |
| Defendant. | ) ) | |

### STIPULATION

The parties hereby stipulate and agree that the status hearing in the above-captioned matter, currently set for Wednesday, August 1, 2007, may be continued to Wednesday, August 29, 2007 at 9:00 a.m.  The reason for the requested continuance is that the parties are in discussions regarding a fast-track disposition of this case, but require additional time to resolve issues regarding the appropriate calculation of the fast-track sentence for a plea agreement pursuant to Rule 11(c)(1)(C).

The parties further stipulate and agree that 28 days may be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and (h)(8)(B)(iv), for the effective preparation of counsel.

Dated: July 30, 2007

                                      s/_____
                                      CYNTHIA C. LIE
                                      Assistant Federal Public Defender

Dated: July 31, 2007

                                      s/_____
                                      BENJAMIN KENNEDY
                                      Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance in the above-captioned matter shall be continued from August 1, 2007 to Wednesday, August 29, 2007 at 9:00 a.m.

It is further ordered that 28 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and (h)(8)(B)(iv), as the time reasonably necessary for effective preparation of counsel.

Dated: July \_\_\_, 2007

                                      _____
                                      JEREMY FOGEL
                                      United States District Judge