1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
      150 Almaden Boulevard
6     San Jose, California 95113
      Telephone: (408) 535-5059
7     Facsimile:  (408) 535-5066
      Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                          SAN JOSE DIVISION
13
14 UNITED STATES OF AMERICA,        )   No.   CR 07-00437 JF
                                    )
15      Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                    )   ORDER EXCLUDING TIME FROM
16      v.                          )   AUGUST 29, 2007 TO SEPTEMBER 19,
                                    )   2007 FROM THE SPEEDY TRIAL ACT
17 CARLOS ESCOBAR,                  )   CALCULATION (18 U.S.C. §
                                    )   3161(h)(8)(A))
18      Defendant.                  )
                                    )
19                                  )
20

21     The parties stipulate that the time between August 29, 2007 and September 19, 2007 is

22 excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

23 requested continuance would unreasonably deny defense counsel reasonable time necessary for

24 effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

25 that the ends of justice served by granting the requested continuance outweigh the best interest of

26 the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

27

28 //

1

18 U.S.C. §3161(h)(8)(A).

DATED: August 29, 2007          SCOTT N. SCHOOLS
                                United States Attorney


                                  /s/
                                _____
                                BENJAMIN T. KENNEDY
                                Assistant United States Attorney


                                  /s/
                                _____
                                CYNTHIA LIE
                                Assistant Federal Public Defender

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY |
| 3 | ORDERS that the time between August 29, 2007 and September 19, 2007 is excluded under the |
| 4 | Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested |
| 5 | continuance would unreasonably deny defense counsel reasonable time necessary for effective |
| 6 | preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that |
| 7 | the ends of justice served by granting the requested continuance outweigh the best interest of the |
| 8 | public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The |
| 9 | court therefore concludes that this exclusion of time should be made under 18 U.S.C. |
| 10 | §3161(h)(8)(A). |
| 12 | IT IS SO ORDERED. |
| 13 | DATED:                                    _____ |
| 14 |                                                   JEREMY FOGEL |
|    |                                                   UNITED STATES DISTRICT JUDGE |