# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, August 29, 2007
**Case Number:** CR-07-00437-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**      **UNITED STATES OF AMERICA V. CARLOS ESCOBAR**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Carlos Escobar |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Cynthia Lie |

---

PROCEEDINGS:
   Status review hearing held.  Counsel and defendant are present.
 Continued to 9/19/07 at 9:00 a.m. for further status review.  Time is excluded for the reasons stated.
 The case is referred to Magistrate Judge Richard Seeborg for settlement conference.