1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ESCOBAR

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           )   No. CR-07-00437 JF
11                                     )
                    Plaintiff,         )   STIPULATION AND [PROPOSED]
12                                     )   ORDER CONTINUING HEARING
   vs.                                 )
13                                     )
   CARLOS ESCOBAR,                     )
14                                     )
                    Defendant.         )
15 _____)

16                              **STIPULATION**

17     The parties hereby stipulate and agree that the status hearing in the above-captioned

18  matter, currently set for Wednesday, September 19, 2007, may be continued to Wednesday,

19  October 10, 2007 at 9:00 a.m.  The reason for the requested continuance is to enable the parties

20  to attend a settlement conference and complete their negotiations.  The parties anticipate that on

21  October 10, 2007, they will either have a disposition or be prepared to set dates for pretrial

22  motions and/or trial.

23     The parties further stipulate and agree that 21 days may be excluded from the time within

24  which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and

25  (h)(8)(B)(iv), for the effective preparation of counsel.

26

Stipulation and [Proposed] Order Continuing
Hearing                                     1

Dated: September 17, 2007

                                            s/_____
                                            CYNTHIA C. LIE
                                            Assistant Federal Public Defender

Dated: September 17, 2007

                                            s/_____
                                            BENJAMIN KENNEDY
                                            Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance in the above-captioned matter shall be continued from September 19, 2007 to Wednesday, October 10, 2007 at 9:00 a.m.

It is further ordered that 28 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and (h)(8)(B)(iv), as the time reasonably necessary for effective preparation of counsel.

Dated: September ___, 2007

                                            _____
                                            JEREMY FOGEL
                                            United States District Judge