**E-filed 9/18/07**

BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00437 JF |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING |
| vs. | |
| CARLOS ESCOBAR, | |
| Defendant. | |

## STIPULATION

The parties hereby stipulate and agree that the status hearing in the above-captioned matter, currently set for Wednesday, September 19, 2007, may be continued to Wednesday, October 10, 2007 at 9:00 a.m.  The reason for the requested continuance is to enable the parties to attend a settlement conference and complete their negotiations.  The parties anticipate that on October 10, 2007, they will either have a disposition or be prepared to set dates for pretrial motions and/or trial.

The parties further stipulate and agree that 21 days may be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and (h)(8)(B)(iv), for the effective preparation of counsel.

1 | Dated: September 17, 2007

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: September 17, 2007

s/_____
BENJAMIN KENNEDY
Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance in the above-captioned matter shall be continued from September 19, 2007 to Wednesday, October 10, 2007 at 9:00 a.m.

It is further ordered that 28 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and (h)(8)(B)(iv), as the time reasonably necessary for effective preparation of counsel.

Dated: September 18, 2007

_____
JEREMY FOGEL
United States District Judge