BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00437 JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER CONTINUING HEARING |
| CARLOS ESCOBAR, | ) | |
| Defendant. | ) | |

### STIPULATION

The parties hereby stipulate and agree that the status hearing in the above-captioned matter, currently set for Wednesday, October 10, 2007, may be continued to Wednesday, October 24, 2007 at 9:00 a.m.  Since the parties' last stipulated continuance, counsel for both parties met with the Honorable Richard Seeborg for the purpose of a settlement conference, which was ultimately deferred to permit further consideration by the government of a defense settlement proposal.  The parties anticipate that by October 24, 2007, they will have completed the settlement conference process.

The parties further stipulate and agree that 14 days may be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and (h)(8)(B)(iv), for the effective preparation of counsel.

Stipulation and [Proposed] Order Continuing
Hearing                                                                              1

Dated: October 9, 2007

                                                  s/_____
                                                  CYNTHIA C. LIE
                                                  Assistant Federal Public Defender

Dated: October 9, 2007

                                                  s/_____
                                                  BENJAMIN KENNEDY
                                                  Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance in the above-captioned matter shall be continued from Wednesday, October 10, 2007 to Wednesday, October 24, 2007 at 9:00 a.m.

It is further ordered that 14 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and (h)(8)(B)(iv), as the time reasonably necessary for effective preparation of counsel.

Dated: October ___, 2007

                                                  _____
                                                  JEREMY FOGEL
                                                  United States District Judge