```
1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ESCOBAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00437 JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| CARLOS ESCOBAR, | ) | |
| Defendant. | ) | |

## STIPULATION

The parties hereby stipulate and agree that the status hearing in the above-captioned matter, currently set for Wednesday, October 24, 2007, may be continued to Wednesday, October 31, 2007 at 9:00 a.m.  The reason for the requested continuance is that the parties currently have a final settlement conference scheduled before the Honorable Richard Seeborg on October 25, 2007.

The parties further stipulate and agree that 7 days may be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and (h)(8)(B)(iv), for the effective preparation of counsel.

Dated: October 12, 2007

                    s/_____  
                    CYNTHIA C. LIE  
                    Assistant Federal Public Defender

Dated: October 14, 2007

                    s/_____  
                    BENJAMIN KENNEDY  
                    Assistant United States Attorney

### [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance in the above-captioned matter shall be continued from Wednesday, October 24, 2007 to Wednesday, October 31, 2007 at 9:00 a.m.

It is further ordered that 7 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and (h)(8)(B)(iv), as the time reasonably necessary for effective preparation of counsel.

Dated: October \_\_\_, 2007

                    _____  
                    JEREMY FOGEL  
                    United States District Judge