**E-filed 10/22/07**

1   BARRY J. PORTMAN
    Federal Public Defender
2   CYNTHIA C. LIE
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant ESCOBAR

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )     No. CR-07-00437 JF
                                      )
12                  Plaintiff,        )     STIPULATION AND [PROPOSED]
                                      )     ORDER CONTINUING HEARING
13  vs.                               )
                                      )
14  CARLOS ESCOBAR,                   )
                                      )
15                  Defendant.        )
    _____   )

16                            **STIPULATION**

17          The parties hereby stipulate and agree that the status hearing in the above-captioned

18  matter, currently set for Wednesday, October 24, 2007, may be continued to Wednesday, October

19  31, 2007 at 9:00 a.m.  The reason for the requested continuance is that the parties currently have

20  a final settlement conference scheduled before the Honorable Richard Seeborg on October 25,

21  2007.

22          The parties further stipulate and agree that 7 days may be excluded from the time within

23  which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and

24  (h)(8)(B)(iv), for the effective preparation of counsel.

25

26

1    Dated: October 12, 2007

2                                                    s/_____
                                                     CYNTHIA C. LIE
3                                                    Assistant Federal Public Defender

4    Dated: October 14, 2007

5                                                    s/_____
                                                     BENJAMIN KENNEDY
6                                                    Assistant United States Attorney

7
                                      **[PROPOSED] ORDER**
8
              Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial
9
     district court appearance in the above-captioned matter shall be continued from Wednesday,
10
     October 24, 2007 to Wednesday, October 31, 2007 at 9:00 a.m.
11
              It is further ordered that 7 days shall be excluded from the time within which trial shall
12
     commence under the Speedy Trial Act, 18 U.S.C. §§3161(h)(8)(A) and (h)(8)(B)(iv), as the time
13
     reasonably necessary for effective preparation of counsel.
14

15   Dated: October  19 , 2007

16                                                   _____
                                                     JEREMY FOGEL
17                                                   United States District Judge

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing                                    2