# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, October 31, 2007
**Case Number:** CR-07-00437-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**       **UNITED STATES OF AMERICA V. CARLOS ESCOBAR**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Carlos Escobar |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Cynthia Lie |

PROCEEDINGS:
  Further status review hearing held. Counsel and defendant are present.
 Continued to 11/21/07 at 9:00 a.m. for further status review. Time is excluded for the reasons stated.