SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

    150 Almaden Boulevard
    San Jose, California 95113
    Telephone: (408) 535-5059
    Facsimile:  (408) 535-5066
    Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS ESCOBAR,<br><br>    Defendant. | No.    CR 07-00437 JF<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 31, 2007 TO NOVEMBER 21, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties stipulate that the time between October 31, 2007 and November 21, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

1   18 U.S.C. §3161(h)(8)(A).

2

3   DATED: October 31, 2007                SCOTT N. SCHOOLS
                                        United States Attorney

4

5                                       /s/
                                      BENJAMIN T. KENNEDY

6                                       Assistant United States Attorney

7

8                                       /s/
                                      CYNTHIA LIE

9                                       Assistant Federal Public Defender

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2        Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3 ORDERS that the time between October 31, 2007 and November 21, 2007 is excluded under the

4 Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested

5 continuance would unreasonably deny defense counsel reasonable time necessary for effective

6 preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that

7 the ends of justice served by granting the requested continuance outweigh the best interest of the

8 public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The

9 court therefore concludes that this exclusion of time should be made under 18 U.S.C.

10 §3161(h)(8)(A).

11

12 IT IS SO ORDERED.

13 DATED: _____    _____

14                                          JEREMY FOGEL
                                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28