UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition, Judgment and Sentencing Hearing, November 21, 2007
**Case Number:** CR-07-00437-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**        **UNITED STATES OF AMERICA V. CARLOS ESCOBAR**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| United States | Carlos Escobar |
| Attorneys Present: Benjamin Kennedy | Attorneys Present: Cynthia Lie |

---

PROCEEDINGS:

    Disposition and Sentencing hearing  held.  Counsel and defendant are present.
Defendant pleads guilty to count 1 of the Information.  Defendant is sentenced to
51 months prison; 3 years supervised release; and $100.00 special assessment.